THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PROVARD R. JONES, Appellant. [726 NYS2d 893] —Judgment unanimously affirmed. Memorandum: The record establishes that, as part of his negotiated guilty plea, defendant knowingly, intelligently and voluntarily waived his right to appeal. He therefore is precluded from raising nonconstitutional, nonjurisdictional challenges to the manner in which his case was presented to the Grand Jury (*see, People v Hansen,* 95 NY2d 227, 230-232; *People v Seymour,* 282 AD2d 871; *People v Robertson,* 279 AD2d 711; *People v Mitchell,* 274 AD2d 957, *lv denied* 95 NY2d 891; *People v Allred,* 270 AD2d 926, *lv denied* 95 NY2d 863; *People v Lynch,* 256 AD2d 651, *lv denied* 93 NY2d 1004). In any event, defendant's contentions are lacking in merit. (Appeal from Judgment of Supreme Court, Jefferson County, Brunetti, J.—Murder, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Burns, JJ.